NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**JOAN CAVES,**

*Petitioner-Appellant,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee.*

_____

2011-5108

_____

Appeal from the United States Court of Federal Claims in case no. 07-VV-443, Judge Lynn J. Bush.

_____

**JUDGMENT**

_____

SYLVIA CHIN-CAPLAN, Conway, Homer & Chin-Caplan, P.C., of Boston, Massachusetts, argued for petitioner-appellant. On the brief was RONALD C. HOMER.

DARRYL R. WISHARD, Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, MARK W. ROGERS, Acting Director, VINCENT J. MATANOSKI, Acting Deputy Director, and CATHERINE E. REEVES, Assistant Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2012          /s/ Jan Horbaly
      Date                          Jan Horbaly
                       Clerk